# EXHIBIT B


