UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DILLON BURNETT,

       Plaintiff,

v.

JOSH GRIFFITH,

       Defendant.

Docket No: 1:19-cv-257

HON. HALA Y. JARBOU

## NOTICE OF APPEAL

Notice is hereby given that Defendant Josh Griffith appeals to the United States Court of Appeals for the Sixth Circuit from the February 22, 2021 Judgment of the Court insofar as the Judgment incorporates the Court's January 7, 2021 Order Rejecting the Report and Recommendation [Dkt. 39] that Defendant's Motion for Summary Judgment should be granted and Remanding back to the Magistrate Judge [Dkt. 43], and the January 12, 2021 Supplemental Report and Recommendation Denying Qualified Immunity [Dkt. 44].

                                                Respectfully submitted,

DATED: March 10, 2021       By   /s/Michael S. Bogren
                                                  Michael S. Bogren (P34835)
                                                  PLUNKETT COONEY
                                                  Attorney for Defendant
                                                  333 Bridge Street, NW, Suite 530
                                                  Grand Rapids, MI 49504
                                                  (269) 226-8822
                                                  mbogren@plunkettcooney.com

Open.00560.91682.25976842-1